BLACK v. MILLER et al. (Supreme Court, Appellate Division, First Department. February 5, 1915.) Proceeding by Harry Black against Rudolph P. Miller, Superintendent, etc.,

and another. M. M. Black, of Brooklyn, for relator. G. J. Nehrbas, of New York City, for respondents. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.